| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| BARTON BARTON & PLOTKIN LLP<br>Eric W. Sleeper (ES0528)<br>420 Lexington Avenue<br>New York, NY 10170<br>esleeper@bartonesq.com<br>*Counsel for the Creditor Trustee and Creditor Trust* | |
| In re:<br><br>DD-OH Family Partners, LLC, t/a DD Huber Furniture & Design and Oskar Huber Furniture & Design, *et al.*,[1]<br>               Debtors.<br>-------------------------------------------------------------<br>EDWARD PHILLIPS, AS CREDITOR TRUSTEE,<br><br>               Plaintiff,<br>   -against-<br><br>ROWE FURNITURE,<br><br>              Defendant. | Chapter 11<br><br>Case No. 08-28140 (JHW)<br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 10-2227 |

## CERTIFICATE OF SERVICE

I, Eric Sleeper, am employed by the law firm Barton Barton & Plotkin, LLP. I hereby certify that I caused true and correct copies of the (1) Summons and Notice of Pretrial Conference in an Adversary Proceeding with Pre-Trial Instructions and (2) Complaint To Avoid And Recover Transfers Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550 upon the parties on the attached service list via U.S. Regular Mail, postage pre-paid on September 22, 2010.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

                                     BARTON BARTON & PLOTKIN, LLP
                                     *Counsel for the Creditor Trustee and Creditor Trust*

                            By:   */s/ Eric Sleeper*
                                  Eric W. Sleeper, Esq.

Dated: September 23, 2010

---

[1] The jointly administered Debtors in this proceeding are Oskar Huber Fine Furniture Incorporated, Oskar Huber, Inc. DD-OH Family Partnership, LLC, J.D. Garber Furniture, L.P., JDG of DE and JDG of PA, L.P.

## SERVICE LIST

Rowe Furniture
3299 K Street, Suite 100
Washington, D.C. 20007
Attn: President