UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DD-OH Family Partners, LLC, et al., | : | |
| | : | Case No. 08-28140 (JHW) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| EDWARD PHILLIPS, AS CREDITOR TRUSTEE, | : | Adv. Proc. No. 10-02227 |
| | : | |
| Plaintiff, | : | |
| -against- | : | |
| | : | |
| ROWE FURNITURE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the undersigned parties that the time for defendant, Rowe Furniture, to appear, answer or otherwise move with respect to the allegations contained in the Complaint in the within adversary proceeding be and same is hereby extended up to and including November 19, 2010; and

IT IS FURTHER STIPULATED AND AGREED that defendant Rowe Furniture hereby waives jurisdictional defenses or defenses regarding service of process, if any; and

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures shall be considered originals for the purposes of this Stipulation.

Dated: New York, New York
October 15, 2010

**BARTON BARTON & PLOTKIN, LLP**

By: /s/ Eric W. Sleeper
Eric W. Sleeper, Esq.
420 Lexington Avenue
New York, New York 10170
Telephone: (212) 687-6262
Facsimile: (212) 687-3667

*Counsel to the Creditor Trust and Creditor Trustee*

Dated: Washington, D.C.
October 15, 2010

**COOTER, MANGOLD, DECKELBAUM & KARAS, LLP**

By: /s/ Nelson Deckelbaum
Nelson Deckelbaum, Esq.
5301 Wisconsin Ave. NW Ste 500
Washington, D.C. 20015
Telephone: (202) 537-0700
Facsimile: (202) 364-3664

*Counsel to Rowe Furniture*